# First District Court of Appeal
## State of Florida

_____

No. 1D2021-3777

_____

JOSE F. MOREIRA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gulf County.
Shonna Young Gay, Judge.

November 15, 2023

PER CURIAM.

AFFIRMED. *Parks v. State*, No. 1D2022-1566, 2023 WL 4924857 (Aug. 2, 2023).

B.L. THOMAS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.